IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AGUSTIN ACEVEDO, JOSE GUTIERREZ, MOISES AGUILAR, and SAMANTHA MURPHY, <br> Plaintiff(s) <br><br> v. <br><br> FAT 2 MUSCLE LLC d/b/a LILLIE'S VICTORIAN ESTABLISHMENT UNION SQUARE, CAMELOT CASTLE LLC d/b/a OSCAR WILDE, 49TH STREET RESTAURANT LLC d/b/a LILLIE'S VICTORIAN ESTABLISHMENT TIMES SQUARE, STONEHOUSE NYC L P STRAFFORD VENTURES INC GN PTNR d/b/a PAPILLON BISTRO & BAR, THOMAS BURKE, FRANCES MCCOLE, and DOUGLAS KAPLAN, <br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> Case No.: 21-cv-11053 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) _____ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) STONEHOUSE NYC L P STRAFFORD VENTURES INC GN PTNR d/b/a PAPILLON BISTRO & BAR

Date: March 11, 2022

_____
*Signature of plaintiffs or plaintiff's counsel*

28 Liberty Street, 6th Floor
*Address*

New York, NY 10005
*City, State & Zip Code*

(347) 467-4674
*Telephone Number*