UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- X
                                                               :
AGUSTIN ACEVEDO, JOSE GUTIERREZ,                               :
MOISES AGUILAR, AND SAMANTHA                                   :
MURPHY, on behalf of themselves and the Class,                 :
                                                               :
                               Plaintiffs,                     :
                                                               :
              -v -                                             :
                                                               :
THOMAS BURKE, FRANCIS MCCOLE,                                  :
DOUGLAS KAPLAN, CAMELOT CASTLE LLC, :
doing business as Oscar Wilde, 49TH STREET                     :
RESTAURANT LLC, doing business as Lillie's                     :
Victorian Establishment Times Square, MUCHO                    :
MOOLA, LLC, doing business as Celtic Developers Group,:
FAT 2 MUSCLE LLC, doing business as Lillie's                   :
Victorian Establishment Times Square, and                      :
STONEHOUSE NYC LP STRAFFORD                                    :
VENTURES INC GN PTNR, doing business as                        :
Papillon Bistro & Bar                                          :
                                                               :
                               Defendants.                     :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/14/2022

1:21-cv-11053-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court will hold a status conference on Thursday, March 17, 2022 at 3:00 p.m. by
telephone to discuss the plaintiffs' stipulation and notice of voluntary dismissal, Dkt. Nos. 20 and
21, in light of the Second Circuit's decision in *Samake v. Thunder Lube, Inc., et al.*, 24 F.4th 804 (2d Cir.
2022).  The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are
available on the Court's website, for the dial-in number and other relevant instructions.  The parties
are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: March 14, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge