UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

AGUSTIN ACEVEDO, JOSE GUTIERREZ,       :
MOISES AGUILAR, AND SAMANTHA           :
MURPHY, *on behalf of themselves and the Class*,   :
                                       :
                         Plaintiffs,   :
                                       :
             -v -                      :
                                       :
THOMAS BURKE, FRANCIS MCCOLE,          :
DOUGLAS KAPLAN, CAMELOT CASTLE LLC, :
*doing business as Oscar Wilde*, 49TH STREET   :
RESTAURANT LLC, *doing business as Lillie's*   :
*Victorian Establishment Times Square*, MUCHO   :
MOOLA, LLC, *doing business as Celtic Developers Group*,:
FAT 2 MUSCLE LLC, *doing business as Lillie's*   :
*Victorian Establishment Times Square*, and   :
STONEHOUSE NYC LP STRAFFORD            :
VENTURES INC GN PTNR, *doing business as*   :
*Papillon Bistro & Bar*                :
                                       :
                         Defendants.   :

---------------------------------------------------------------- X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/17/2022 |

1:21-cv-11053-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiffs have voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i)
and F.R.C.P. 41(a)(1)(A)(ii).  Dkt. Nos. 20, 21.  In light of the Second Circuit's decision in *Samake v.*
*Thunder Lube, Inc., et al.*, 24 F.4th 804 (2d Cir. 2022), the Court held a conference to discuss the
stipulations of dismissal with the parties.  Dkt. No. 22.  The parties proffered to the Court that there
was no settlement of any of the FLSA claims in this action.  Therefore, the Court endorses the
parties' stipulations of dismissal of this case without prejudice.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 17, 2022
       New York, New York
                                   _____
                                        GREGORY H. WOODS
                                       United States District Judge